

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2015

No. 04-14-00358-CV

Juanita **SPRUTE**, M.D. and Jefferson Family Practice Associates,
Appellants

v.

Arnold L. **LEVEY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02406
Honorable Larry Noll, Judge Presiding

# O R D E R

The Appellant's and Cross-Appellee's Second Motion for Extension of Time to File Briefs is granted. The briefs are due on April 2, 2015. No further extensions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2015.

_____
Keith E. Hottle
Clerk of Court